**A CERTIFIED TRUE COPY**

OCT 11 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*Shockley v. Wyeth, Inc., et al*
CA 2:04-0888

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 22 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 1507**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE PREMPRO PRODUCTS LIABILITY LITIGATION**

**(SEE ATTACHED SCHEDULE)**

**CONDITIONAL TRANSFER ORDER (CTO-54)**

ENTERED

NOV 2 2005

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Court
Southern District of West Virginia

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 18 2005

JAMES W. McCORMACK, CLERK
By: _____ DEP CLK

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,165 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 11 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

## SCHEDULE CTO-54 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**  **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC 2  05-3943                Jeanne Hughes Bartlett v. Wyeth, et al.

CALIFORNIA SOUTHERN
  CAS 3  05-1423                Barbara Ostrom v. Wyeth, et al.
  CAS 3  05-1514                Geraldline Fiore v. Wyeth, et al.

FLORIDA MIDDLE
  FLM 5  05-366                 Frances M. Quillen v. Wyeth, Inc., et al.
  FLM 8  05-1541                Betty H. Murphy v. Wyeth, Inc., et al.
  FLM 8  05-1550                Harleen Epstein v. Wyeth, Inc., et al.
  FLM 8  05-1551                Carmela Florio v. Wyeth, Inc., et al.
  ~~FLM 8  05-1577~~            ~~Carole J. Andrade v. Wyeth, Inc., et al.~~  **OPPOSED 10/4/05**

INDIANA NORTHERN
  INN 3  05-428                 Martha Williams v. Wyeth, et al.

MINNESOTA
  MN 0  05-675                  Norma Kenner v. Pfizer Inc., et al.
  MN 0  05-1243                 Marginia Starr v. Wyeth, et al.
  MN 0  05-1362                 Nancy Dewall, et al. v. Wyeth, et al.
  MN 0  05-1653                 Troyce Smith, et al. v. Wyeth, Inc., et al.
  MN 0  05-1664                 Betty Lawson v. Wyeth, et al.
  MN 0  05-1735                 Marilyn Weston, et al. v. Wyeth, et al.
  MN 0  05-1911                 Nancy Beardsley, et al. v. Wyeth, et al.
  MN 0  05-1912                 Patricia Graf v. Wyeth, et al.
  MN 0  05-1913                 Elyze F. McDina, et al. v. Wyeth, et al.
  MN 0  05-1931                 Shirley J. Smith, et al. v. Wyeth, et al.
  MN 0  05-1946                 Lurline Woods v. Wyeth, et al.
  MN 0  05-1947                 Suzanne Wyner v. Wyeth, et al.
  MN 0  05-1948                 Shirley Stockwell v. Wyeth, et al.
  MN 0  05-1950                 Marie Medlin, et al. v. Wyeth, et al.
  MN 0  05-1951                 James Eugene Starr, etc. v. Wyeth, et al.

MISSOURI WESTERN
  MOW 2  05-4266                Linda West, et al. v. Wyeth
  MOW 2  05-4267                Reita F. Johnson, et al. v. Wyeth
  MOW 4  05-748                 Sue Ann Carnesecca, et al. v Wyeth, Inc., et al.
  MOW 4  05-749                 Mary South, et al. v. Wyeth, Inc., et al.
  MOW 4  05-750                 Barbara Faris v, Wyeth, Inc., et al.
  MOW 4  05-756                 Sharon Elaine Everett, et al. v. Wyeth, et al.
  MOW 4  05-757                 Shirley J. Harris, et al. v. Wyeth, Inc., et al.
  MOW 4  05-761                 Shirley J. Camp, et al. v. Wyeth, Inc., et al.
  MOW 6  05-3390                Evelyn Sue Vandergrift, et al. v Wyeth, et al.
  MOW 6  05-3392                Dulcie Bea Hutchinson, et al. v. Wyeth, et al.
  MOW 6  05-3393                Alice Marie Cummins, et al. v. Wyeth, et al.

SCHEDULE CTO-54 - TAG-ALONG ACTIONS    MDL-1507    PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSISSIPPI NORTHERN** MSN 4 05-189 | Josephine Gross, et al. v. Wyeth, Inc., et al. |
| **MONTANA** MT 9 05-134 | Shirley Howke v. Wyeth, Inc., et al. |
| **NORTH CAROLINA MIDDLE** NCM 1 04-1091 | Sharon E. Travis, et al. v. Wyeth, Inc., et al. |
| **NORTH CAROLINA WESTERN** NCW 1 05-246 | Melanie F. Sprinkle, et al. v. Wyeth, Inc., et al. |
| **NEW MEXICO** NM 2 05-624 | Margaret Geddes v. Wyeth, et al. |
| **NEW YORK EASTERN** NYE 1 05-2838 | Mary Scher v. Wyeth, et al. |
| **OKLAHOMA EASTERN** OKE 6 05-192 | Florann McKoy, et al. v. Wyeth, Inc., et al. |
| **OKLAHOMA NORTHERN** OKN 4 04-958 | Beverly Joe Lawson, et al. v. Wyeth |
| **TEXAS EASTERN** TXE 6 05-250 | Patricia Snell v. Pharmacia & Upjohn Co., LLC, et al. |
| **TEXAS SOUTHERN** TXS 4 05-2689 | Nancy Elzey v. Wyeth, Inc. |
| **VIRGINIA EASTERN** VAE 1 04-1469 | Violet Deel v. Wyeth, Inc. |
| **WASHINGTON WESTERN** WAW 2 05-1077 WAW 2 05-1135 WAW 2 05-1186 WAW 2 05-1331 | Christy Ball v. Wyeth, et al. Cathy Peirolo v. Wyeth, et al. Marjorie Graeber, et al. v. Wyeth, et al. Ji Pei v. Wyeth, et al. |
| **WISCONSIN EASTERN** WIE 1 05-863 | Barbara Mayville, et al. v. Wyeth, Inc., et al. |
| **WEST VIRGINIA NORTHERN** WVN 5 05-44 | Patricia Jordan v. Wyeth Holding Corp., et al. |
| **WEST VIRGINIA SOUTHERN** WVS 2 04-888 | Wilma Shockley v. Wyeth, Inc., et al. |